UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*08* CIV 4961

-------------------------------------------------------------X

CPM CORPORATION LTD.,

                     Plaintiff,          :      08 Civ.

    - against -              :    ECF CASE

BULK TRADE INTERNATIONAL and
WORLD WIDE SHIPPING LTD.,

               Defendants.

----------------------------------------------------

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: May 28, 2008
       Southport, CT

                    The Plaintiff,
                    CPM CORPORATION LTD.,

                    By: _____

                    Charles E. Murphy
                    LENNON, MURPHY & LENNON, LLC
                    The Gray Bar Building
                    420 Lexington Avenue, Suite 300
                    New York, NY 10170
                    (212) 490-6050 - phone
                    (212) 490-6070 - fax
                    cem@lenmur.com